IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ALLEN POLK                                                          PLAINTIFF

v.                                    Case No. 6:25-cv-6016

JASON GRAY, Institutional Release Officer,
Arkansas Division of Community Correction                           DEFENDANT

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark
E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 12. Judge
Ford recommends that Plaintiff's Complaint (ECF No. 2) be dismissed without prejudice for
failure to prosecute this matter and failure to obey Orders of the Court. Plaintiff has not objected
to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Ford's
reasoning is sound, the Court adopts the R&R (ECF No. 12) in toto. Accordingly, Plaintiff's
Complaint (ECF No. 2) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 1st day of May, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge